United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-10026-elf
Thomas M Sheridan                                                                   Chapter 13
Barbara A. Sheridan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv            Page 1 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 309I        Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db/jdb        +Thomas M Sheridan,    Barbara A. Sheridan,    2428 E. Huntingdon Street,
               Philadelphia, PA 19125-2315
14253715      +Central Credit Services LLC,    P.O. Box 390915,    Minneapolis, MN 55439-0911
14253717       Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
14253722       Dynamic Recovery Systems,    PO Box 25759,    Greenville, SC 29616-0759
14253724       EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
14253723      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
14253732      +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
               Philadelphia, PA 19122-2806
14253730       Pennsylvania Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
14253731      +Pennsylvania Housing,    2101 N. Front Street,    Harrisburg, PA 17110-1086
14253735      +Revenue Collection Bureau, Inc.,    Attn: Settlement Group,    5900 Torresdale Avenue,
               Philadelphia, PA 19135-4127
14253739      +State Farm Insurance,    C/O Vince C Ovecka, Agent,    456 East Girard,
               Philadelphia, PA 19125-3326
14253740       Temple University Physicians,    P.O. Box 827783,    Philadelphia, PA 19182-7783


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: dmo160west@gmail.com Jan 12 2019 02:47:25    DAVID M. OFFEN,    The Curtis Center,
               601 Walnut Street,    Suite 160 West,    Philadelphia, PA  19106
tr            +E-mail/Text: bncnotice@ph13trustee.com Jan 12 2019 02:49:14    WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg           E-mail/Text: megan.harper@phila.gov Jan 12 2019 02:48:47    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2019 02:48:25    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 12 2019 02:48:11    United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14253716       E-mail/Text: megan.harper@phila.gov Jan 12 2019 02:48:46    City of Philadelphia,
               Dept. of Revenue,    P.O. Box 1660,    Philadelphia, PA 19105-1660
14253714       E-mail/Text: clientrep@capitalcollects.com Jan 12 2019 02:49:25    Capital Collection Service,
               P.O. Box 150,    West Berlin, NJ 08091-0150
14254749      +E-mail/Text: bankruptcy@cavps.com Jan 12 2019 02:48:22    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14253718       EDI: CONVERGENT.COM Jan 12 2019 07:38:00    Convergent Outsourcing, Inc.,    PO Box 9004,
               Renton, WA 98057-9004
14253720      +EDI: CCS.COM Jan 12 2019 07:38:00    Credit Collection Services,    Two Wells Avenue,
               Newton Center, MA 02459-3246
14253719      +EDI: CCS.COM Jan 12 2019 07:38:00    Credit Collection Services,    Attn: Bankruptcy,
               725 Canton St,    Norwood, MA 02062-2679
14253725      +EDI: AMINFOFP.COM Jan 12 2019 07:43:00    First Premier Bank,    Attn: Bankruptcy,
               Po Box 5524,    Sioux Falls, SD 57117-5524
14253727       EDI: JEFFERSONCAP.COM Jan 12 2019 07:38:00    Jefferson Capital Systems, LLC,    PO Box 772813,
               Chicago, IL 60677-2813
14253728      +EDI: RESURGENT.COM Jan 12 2019 07:43:00    LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
               Po Box 10497,    Greenville, SC 29603-0497
14253729      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2019 02:47:37    Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
14256154      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2019 02:48:01
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
14253733      +EDI: PRA.COM Jan 12 2019 07:38:00    Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
14253736      +EDI: DRIV.COM Jan 12 2019 07:38:00    Santander Consumer USA,    Attn: Bankruptcy,
               Po Box 961245,    Fort Worth, TX 76161-0244
14253737      +E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2019 02:49:25
               Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
               Salt Lake City, UT 84165-0250
14253738      +E-mail/Text: philadelphia.bnc@ssa.gov Jan 12 2019 02:48:24    Social Security Administration,
               P.O. Box 3430,    Philadelphia, PA 19122-0430
14253741       E-mail/Text: bankruptcydepartment@tsico.com Jan 12 2019 02:49:05    Transworld Systems Inc.,
               P.O. Box 15270,    Wilmington, DE 19850-5270
14253742       E-mail/Text: megan.harper@phila.gov Jan 12 2019 02:48:47    Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                      TOTAL: 22


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: dlv              Page 2 of 2              Date Rcvd: Jan 11, 2019
                               Form ID: 309I          Total Noticed: 34

smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14253721*       +Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
14253726*       +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
14253734*       +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Barbara A.  Sheridan dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Thomas M Sheridan dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed
               Certificates, Series 2006-WL1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas M Sheridan** | Social Security number or ITIN   **xxx–xx–5114** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara A. Sheridan** | Social Security number or ITIN   **xxx–xx–6975** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter   **13   1/3/19** |
| Case number:   **19–10026–elf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                    **12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas M Sheridan | Barbara A. Sheridan |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2428 E. Huntingdon Street Philadelphia, PA 19125 | 2428 E. Huntingdon Street Philadelphia, PA 19125 |
| 4. | **Debtor's attorney** Name and address | DAVID M. OFFEN The Curtis Center 601 Walnut Street Suite 160 West Philadelphia, PA 19106 | Contact phone (215) 625–9600 Email:  dmo160west@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 1/11/19 |

**For more information, see page 2**

Debtor **Thomas M Sheridan** and **Barbara A. Sheridan**                                            Case number **19–10026–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 20, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/21/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/14/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/2/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 750.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/26/19** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |