Certificate Number: 12433-PAE-DE-032772553

Bankruptcy Case Number: 19-10026



12433-PAE-DE-032772553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2019, at 4:18 o'clock PM EDT, Barbara A. Sheridan completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 5, 2019          By:   /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher