IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Thomas M. Sheridan | ) | Chapter 13 |
|---|---|---|---|
| | Barbara A Sheridan | ) | |
| | Debtors | ) | No. 19-10026-ELF |
| | | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                  /s/David M. Offen
                                                  David M. Offen
                                                  **Attorney for Debtor**

**Date:5/6/19**