IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| THOMAS M. SHERIDAN ) | Case No.: 19-10026 (ELF) |
| BARBARA A. SHERIDAN ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| THOMAS M. SHERIDAN ) | |
| BARBARA A. SHERIDAN ) | |
| **Movant** ) | |
| ) | |
| v. ) | |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| **Respondent(s)** ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Objection To Confirmation, and filed on or about September 9, 2019 in the above matter (Doc. # 44) is **APPROVED**.

Dated:  9/10/19               _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**