United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas M Sheridan
Barbara A. Sheridan
    Debtors

Case No. 19-10026-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 09, 2019
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.
db/jdb    +Thomas M Sheridan,   Barbara A. Sheridan,   2428 E. Huntingdon Street,   Philadelphia, PA 19125-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
    E-mail/Text: megan.harper@phila.gov Sep 10 2019 03:05:19    City of Philadelphia,   1401 JOHN F. KENNEDY BLVD.,   PHILADELPHIA, PA 19102-1595
                                                                                                                   TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Thomas M Sheridan dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        DAVID M. OFFEN    on behalf of Joint Debtor Barbara A. Sheridan dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                TOTAL: 7

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:                            :    Chapter 13


    Thomas M Sheridan                 :    Case No. 19-10026-ELF
    xxx-xx-5114
    Barbara A Sheridan
    xxx-xx-6975
         Debtor
```

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$390.00 EVERY TWO WEEKS BEGINNING SEPTEMBER 2019 FOR 53 MONTHS .

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____          9/4/19
HONORABLE ERIC L. FRANK                     DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:             David M. Offen Esq.
William C. Miller, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 1799                       Philadelphia, PA 19106
Memphis, TN  38101-1799             (215) 625-9600

Payroll Controller
City of Philadelphia
1401 JFK BOULEVARD
Philadelphia, PA 19102