United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas M Sheridan  
Barbara A. Sheridan  
    Debtors

Case No. 19-10026-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 31, 2019  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db/jdb       +Thomas M Sheridan,   Barbara A. Sheridan,   2428 E. Huntingdon Street,  
              Philadelphia, PA 19125-2315  
              City of Philadelphia,   Philadelphia, PA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

            DAVID M. OFFEN   on behalf of Debtor Thomas M Sheridan dmo160west@gmail.com,  
             davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
            DAVID M. OFFEN   on behalf of Joint Debtor Barbara A.  Sheridan dmo160west@gmail.com,  
             davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
            REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in  
             trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed  
             Certificates, Series 2006-WL1 bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
             philaecf@gmail.com  
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
            WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.  
             ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Thomas M Sheridan | : | Case No. 19-10026-ELF |
| xxx-xx-5114 | | |
| Barbara A Sheridan | | |
| xxx-xx-6975 | | |
| Debtor | | |

**AMENDED**
ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$395.00 EVERY TWO WEEKS for 51 MONTHS.</u>

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_/s/ Eric L. Frank_                                                              10/31/19

HONORABLE ERIC L. FRANK                    DATED:
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>           David M. Offen Esq.
William C. Miller, Trustee              Suite 160 West, Curtis Ctr.
P.O. Box 1799                           Philadelphia, PA 19106
Memphis, TN  38101-1799                 (215) 625-9600

Payroll Controller
City of Philadelphia
Philadelphia, PA