UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      CHAPTER 13

Thomas M Sheridan and           :      No. 19-10026-ELF
Barbara A Sheridan              :

**PRAECIPE  TO WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw Pennsylvania Housing Finance Agency's Proof of Claim #15 filed by our office. This is now a duplicate claim, as Pennsylvania Housing Finance Agency has now filed their own claim at #16 on the claims register.

    /s/ David M. Offen
    David M. Offen, Esquire
    Curtis Center, 1st Fl., Ste. 160 W
    601 Walnut Street
    Philadelphia, PA  19106

Dated: 11/26/19