## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Thomas M Sheridan and Barbara A.
Sheridan

                    Debtor(s)                                    Chapter: 13

                                                                Bankruptcy No: 19−10026−elf

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 31st day of December, 2019 upon consideration of the plan submitted by
the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been
filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;
    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;
    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;
WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court

                                                                    76 − 66
                                                                    Form 155