United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas M Sheridan  
Barbara A. Sheridan  
    Debtors

Case No. 19-10026-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 06, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db/jdb       +Thomas M Sheridan,    Barbara A. Sheridan,    2428 E. Huntingdon Street,    Philadelphia, PA 19125-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:

         DAVID M. OFFEN    on behalf of Joint Debtor Barbara A. Sheridan dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         DAVID M. OFFEN    on behalf of Debtor Thomas M Sheridan dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1 bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                         TOTAL: 7

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Thomas M. Sheridan           )  Chapter 13
         Barbara A. Sheridan          )
              Debtors                 )  19-10026-ELF
                                      )
                                      )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,000.00 is allowed and the balance in the amount of $5,000.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

1/6/20
---
**DATED:**

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE