# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barbara A. Sheridan<br>Thomas M. Sheridan<br>                           Debtor(s) | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1<br>                            v.<br>Barbara A. Sheridan<br>Thomas M. Sheridan<br>                          and<br>William C. Miller Esq.<br>                         Trustee | NO. 19-10026 ELF |

## ORDER

AND NOW, this 22nd` day of June, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 28, 2019 it is **ORDERED** that: the automatic stay under 11 U.S.C. Sections 362 and 1301 o is modified to allow Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2428 East Huntingdon Street Philadelphia, PA 19125.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**