**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>THOMAS M SHERIDAN<br>BARBARA A SHERIDAN | Chapter 13 |
| Debtor | Bankruptcy No. 19-10026-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 9, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
THOMAS M SHERIDAN
BARBARA A SHERIDAN
2428 E. HUNTINGDON STREET

PHILADELPHIA, PA 19125