United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Thomas M Sheridan  
Barbara A. Sheridan  
    Debtors

Case No. 19-10026-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 09, 2021     Form ID: pdf900     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas M Sheridan, Barbara A. Sheridan, 2428 E. Huntingdon Street, Philadelphia, PA 19125-2315 |
| cr | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14253715 | + | Central Credit Services LLC, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 14255741 | + | Deutsche Bank National Trust Company, as Trustee, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14286757 | | Deutsche Bank National Trust Company, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14253722 | | Dynamic Recovery Systems, PO Box 25759, Greenville, SC 29616-0759 |
| 14253724 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14253723 | + | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 14253725 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14253732 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14253730 | | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14253731 | + | Pennsylvania Housing, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14253733 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14253735 | + | Revenue Collection Bureau, Inc., Attn: Settlement Group, 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14253736 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14265910 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14253737 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14253739 | + | State Farm Insurance, C/O Vince C Ovecka, Agent, 456 East Girard, Philadelphia, PA 19125-3326 |
| 14253740 | | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 09 2021 23:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14253716 | | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | City of Philadelphia, Dept. of Revenue, P.O. Box 1660, Philadelphia, PA 19105-1660 |
| 14341328 | | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14253714 | | Email/Text: clientrep@capitalcollects.com | Nov 09 2021 23:37:00 | Capital Collection Service, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 14264001 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 10:00:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14254749 | + | Email/Text: bankruptcy@cavps.com | | |

Case 19-10026-elf    Doc 93    Filed 11/11/21    Entered 11/12/21 00:32:41    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 09 2021 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14253717 | | Email/Text: documentfiling@lciinc.com | Nov 09 2021 23:37:00 | Comcast Cable, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14253718 | | Email/Text: convergent@ebn.phinsolutions.com | Nov 09 2021 23:37:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14253720 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 09 2021 23:37:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14253719 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 09 2021 23:37:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14253727 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 09 2021 23:37:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-2813 |
| 14259311 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14253728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14428961 | + | Email/Text: blegal@phfa.org | Nov 09 2021 23:37:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14283772 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 10:00:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14253729 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 09 2021 23:37:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14256154 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14261906 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 09 2021 23:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14350812 | + | Email/Text: philadelphia.bnc@ssa.gov | Nov 09 2021 23:37:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., Philadelphia, PA 19123-2924 |
| 14253738 | + | Email/Text: philadelphia.bnc@ssa.gov | Nov 09 2021 23:37:00 | Social Security Administration, P.O. Box 3430, Philadelphia, PA 19122-0430 |
| 14253741 | | Email/Text: bankruptcydepartment@tsico.com | Nov 09 2021 23:37:00 | Transworld Systems Inc., P.O. Box 15270, Wilmington, DE 19850-5270 |
| 14253742 | | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14253721 | *+ | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14253726 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14253734 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 09, 2021 | Form ID: pdf900 | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

**Name**  **Email Address**

DAVID M. OFFEN
on behalf of Joint Debtor Barbara A. Sheridan dmo160west@gmail.com
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Debtor Thomas M Sheridan dmo160west@gmail.com
davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset-Backed Certificates, Series 2006-WL1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> THOMAS M SHERIDAN <br> BARBARA A SHERIDAN | Chapter 13 |
| Debtor | Bankruptcy No. 19-10026-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 9, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
THOMAS M SHERIDAN
BARBARA A SHERIDAN
2428 E. HUNTINGDON STREET

PHILADELPHIA, PA 19125